COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
FILEMON PADILLA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-0159 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FILEMON PADILLA-MARTINEZ, | DATE: January 9, 2020<br>TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 9, 2020.

2. By this stipulation, the parties now move to vacate the status conference, set the matter for change of plea on January 23, 2020, and to exclude time between January 9, 2020 and January 23, 2020 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery in this case is voluminous. It includes multiple CD/DVDs, digital data, and over 1700 pages of bates stamped materials. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Defense counsel desires additional time to review discovery, investigate, and to confer with his client concerning discovery, investigation, potential options for the

|   |   |
|---|---|
| 1 | defense and trial preparation. |
| 2 | c) Counsel for defendant believes that failure to grant the above-requested |
| 3 | continuance would deny counsel the reasonable time necessary for effective |
| 4 | preparation, taking into account the exercise of due diligence. |
| 5 | d) The government does not object to the continuance. |
| 6 | e) Based on the above-stated findings, the ends of justice served by |
| 7 | continuing the case as requested outweigh the interest of the public and the defendant |
| 8 | in a trial within the original date prescribed by the Speedy Trial Act. |
| 9 | f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. |
| 10 | § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to |
| 11 | January 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ |
| 12 | 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by |
| 13 | the Court at defendants' request on the basis of the Court's finding that the ends of |
| 14 | justice served by taking such action outweigh the best interest of the public and the |
| 15 | defendant in a speedy trial. |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: December 13, 2019  /s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

Dated: December 13, 2019  /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
FILEMON PADILLA-MARTINEZ

## ORDER

The Court adopts the stipulation of the parties as its order. However, due to the unavailability of the Court, the change of plea shall be set for hearing on April 23, 2020, at 10:00 a.m. in Courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable and applicable. For time sensitive matters, the parties are directed to email the Courtroom Deputy Clerk to seek a hearing before another District Judge.

IT IS SO ORDERED.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE