COSCA LAW CORPORATION
Chris Cosca 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
FILEMON PADILLA-MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>  Defendant. | CASE NO. 2:19-CR-0159 MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: April 2, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on April 2, 2020. However, defense counsel needs additional time to address status of counsel issues and properly prepare a response to the PSR.

2. Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to June 25, 2020 with the following schedule:

| | |
|---|---:|
| Judgment and Sentencing Date: | June 25, 2020 |
| Reply, or Statement of Non-Opposition: | June 18, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 11, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 4, 2020 |

///

Stipulation and order   1

| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 28, 2020 |
|---|---|

**IT IS SO STIPULATED.**

Dated:  March 2, 2020

/s/ Adrian Kinsella
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  March 2, 2020

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
FILEMON PADILLA-MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated:  March 5, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE