CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Filemon Padilla-Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>    Defendant. | CR. No.: 2:19-cr-159 MCE<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE PARTIES' NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in counsel's Request to Seal and the factors set forth in *Oregonian Publishing Co. v. United States District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), IT IS HEREBY ORDERED that the six-page document pertaining to defendant Filemon Padilla-Martinez, the accompanying exhibit, and the defendant's Request to Seal shall be SEALED until further order of this Court.

///
///
///
///
///
///
///
///

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated: May 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE