PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-CR-00159-MCE<br><br>STIPULATION AND ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA<br><br>DATE: June 24, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Filemon Padilla-Martinez, by and through counsel Clemente Jimenez, hereby stipulate as follows:

1. On December 20, 2019, the defendant pleaded guilty to Counts One and Three of the Indictment. Count One charged a violation of 21 U.S.C. §§ 841(a)(l) and 846 – Conspiracy to Manufacture Marijuana. Count Three charged a violation of 18 U.S.C. §1361 – Depredation of Public Lands and Resources. ECF No. 34.

2. On May 28, 2020, the defendant asked the Court to relieve his attorney, Mr. Christopher Cosca, and assign Mr. Clemente Jimenez as his new attorney. ECF No. 56. On June 1, 2020, the Court granted this substitution. ECF No. 57.

1  3. On May 20, 2021, the defendant filed a motion to withdraw his plea. ECF Nos. 142-144 (filed under seal). In his motion, the defendant alleges that Mr. Cosca misadvised him on the potential sentence he faced, that the factual basis attached to his plea agreement is incorrect, and that Mr. Cosca made "intentional misrepresentations" to him. Motion at 2-3.

4. By asserting that his former counsel, Mr. Cosca, provided ineffective assistance of counsel which caused him to plead guilty, the defendant has waived his attorney-client privilege with respect to communications between him and Mr. Cosca (and any other person employed by Mr. Cosca as part of the defense team) concerning matters relating to trial strategy, the evidence to be presented at trial, the defendant's decision to plead guilty, and other matters relating to Mr. Cosca's performance as his former counsel. Accordingly, the defendant has put the nature of his attorney-client relationship and its associated privileges at issue in these proceedings as contemplated by *Bittaker v. Woodford*, 331 F.3d 715, 716 (9th Cir. 2003).

5. The parties stipulate and agree that the government will need time to interview Mr. Cosca. Accordingly, the parties request that the Court vacate the current briefing schedule and hearing regarding the defendant's motion and enter the following amended schedule:

   a) Government's response to motion to be filed on or before June 24, 2021
   b) Defendant Padilla-Martinez's reply to be filed on or before July 1, 2021
   c) Motion hearing to be held on July 8, 2021 at 10:00 a.m.

//

//

//

//

//

STIPULATION AND ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE

2

IT IS SO STIPULATED.

Dated: June 8, 2021                                    PHILLIP A. TALBERT
                                                       Acting United States Attorney

                                                       /s/ ADRIAN T. KINSELLA
                                                       ADRIAN T. KINSELLA
                                                       Assistant United States Attorney

Dated: June 8, 2021                                    /s/ CLEMENTE M. JIMENEZ
                                                       CLEMENTE M. JIMENEZ
                                                       Counsel for Defendant
                                                       FILEMON PADILLA-MARTINEZ,

## ORDER

The Court having considered the parties' stipulation, and good cause appearing therefor,

IT IS SO FOUND AND ORDERED THAT:

1. Defendant Filemon Padilla-Martinez has waived his attorney-client privilege with respect to communications between him and his previous attorney, Christopher Cosca, and any other person employed by Mr. Cosca as part of the defense team concerning matters relating to trial strategy, the evidence to be presented at trial, Padilla-Martinez's decision to plead guilty, and other matters relating to Mr. Cosca's performance as counsel for Padilla-Martinez. Mr. Cosca is hereby permitted to freely disclose to the parties and to the Court any relevant information bearing on these issues.

2. The briefing schedule for the defendant's motion to withdraw his guilty plea, and the hearing regarding the motion, which is currently set for June 24, 2021, are vacated. The Court adopts the briefing schedule and hearing date and time set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: June 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE