PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00159-JAM-CKD |
| Respondent, | UNITED STATES' MOTION FOR ORDER WAIVING DEFENDANT'S ATTORNEY-CLIENT PRIVILEGE AND PERMITTING DISCOVERY; ORDER |
| v. | |
| FILEMON PADILLA-MARTINEZ, | |
| Movant. | |

### [PROPOSED] ORDER

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255. ECF No. 169. The court finds that Movant, having asserted claims of ineffectiveness against his prior trial counsel in his motion to vacate sentence, has waived his attorney-client privilege with respect to communications between him and his previous attorneys, Mr. Christopher Cosca and  Mr. Clemente Jimenez. This waiver encompasses any persons employed by or working with counsel as part of the defense team. Mr. Cosca and Mr. Jimenez are hereby permitted to disclose freely to the parties and the court any relevant information responsive to the ineffective assistance of counsel claims raised in grounds 1-5 of Movant's § 2255 motion including the production of e-mails, notes, records, or other documents. *See Bittaker v. Woodford*, 331 F.3d 715, 721-24 (9th Cir. 2003) (en banc).

//

Respondent shall limit its use of any information or documents received to answering the ineffective assistance of counsel claims raised in Movant's § 2255.

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE