PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>                    Defendant. | CASE NO. 2:19-CR-00159-JAM-CKD-2<br><br>MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO DEFENDANT'S § 2255 PETITION; [PROPOSED] ORDER |

The United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney, and Adrian T. Kinsella, Assistant United States Attorney, hereby respectfully request an extension of time to August 11, 2022, in which to file its response or opposition to the defendant's pro se motion under to 28 U.S.C. § 2255. ECF No. 169. This motion is based on the attached declaration of Assistant United States Attorney Adrian T. Kinsella.

Dated: July 11, 2022                                    PHILLIP A. TALBERT
                                                                         United States Attorney

                                                              By:  */s/ Adrian T. Kinsella*
                                                                         ADRIAN T. KINSELLA
                                                                         Assistant United States Attorney

# DECLARATION

I, ADRIAN T. KINSELLA, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and I am familiar with the facts described below.

2. On January 18, 2022, the defendant filed a pro se motion to vacate or correct sentence under 28 U.S.C. § 2255.  ECF No. 169.  On March 16, 2022, the Court issued an order for the government to respond within sixty days.  ECF No. 173.  On May 12, 2022, this Court granted the government's motion for an extension of time to file a response.  The government's response to the defendant's motion is currently due on July 11, 2022.

3. On July 2, 2022, and again on July 7, two different members of the undersigned's household tested positive for COVID-19.  This has resulted in an extended isolation period for the undersigned attorney and has hampered his expected progress on this and other cases.

4. For the reasons stated above, the government asks the Court for an extension to August 11, 2022 to file its response or opposition. This will allow time to finalize its opposition to the defendant's motion.

5. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of July 2022.

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney