PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>          Defendant. | CASE NO. 2:19-CR-00159-JAM-CKD-2<br><br>ORDER GRANTING EXTENSION OF TIME |

On July 11, 2022, Respondent requested a 31-day extension of time to file its response to Defendant Padilla-Martinez's § 2255 petition.

IT IS HEREBY ORDERED, that Respondent's request for a 31-day extension is granted. The response is now due August 11, 2022.

Dated: July 13, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE