UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>FILEMON PADILLA-MARTINEZ,<br><br>Movant. | No. 2:19-cr-00159 DAD CKD P<br><br><br><br>ORDER |

Movant requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. As movant's § 2255 motion has been fully briefed by the parties, the court does not find that the interests of justice would be served by the appointment of counsel at this time. For the same reason, the court denies movant's request to conduct discovery in this post-conviction proceeding.

////
////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of
2  counsel and to conduct discovery (ECF No. 220) is denied without prejudice.
3  Dated: May 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/padi0159.207